UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA PETRILLI | **MISC. CASE NO.**   17-mc-0026 |
| **VERSUS** | **JUDGE DOHERTY** |
| TAKEDA PHARMACEUTICALS USA, INC. (FKA TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.), TAKEDA PHARMACEUTICALS AMERICA, INC., TAKEDA DEVELOPMENT CENTER AMERICAS, INC. (FKA TAKEDA GLOBAL RESEARCH & DEVELOPMENT CENTER, INC.), TAKEDA CALIFORNIA, INC. (FKA TAKEDA SAN DIEGO, INC.), TAKEDA PHARMACEUTICALS INTERNATIONAL, INC., TAKEDA PHARMACEUTICAL COMPANY LIMITED, AND ELI LILLY & COMPANY, | **MAGISTRATE JUDGE HANNA** |

**REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, ROBERT PETRILLI**

This Court, having reviewed Plaintiffs' Unopposed Motion to Approve Settlement as to Claims of BARBARA PETRILLI, as EXECUTRIX and Derivative Claimant; and DANIEL PETRILLI, DOUGLAS PETRILLI, AND VICTORIA DELLA ROCCA as Derivative Claimant and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

    GRANTED and

- 2 -

The settlement by and between Plaintiffs, BARBARA PETRILLI, as EXECUTRIX and Derivative Claimant; and EXECUTRIX as Derivative Claimant individually and as legal heirs to the Estate of BARBARA PETRILLI, deceased, and Takeda, as notice to the Court on February 14, 2017 be

APPROVED.

The Court has jurisdiction of this matter by virtue of the Plaintiffs participating in the Actos MDL Master Settlement Agreement.

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this 17th of February 2017.

_____
HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE