U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

MAR 03 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA PETRILLI, ET AL. | MISC. CASE NO. 17-mc-26 |
| | RELATED CASE NO. 14-2699 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Barbara Petrilli, as Executrix and Derivative Claimant, and Daniel Petrilli, Douglas Petrilli and Victoria Della Rocca as Derivative Claimants, of the Estate of Robert Petrilli, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 3rd day of March, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE